IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INCASE DESIGNS, CORP., | No. C 13-00604 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| MARWARE, INC., | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on August 1, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. MEDIATION. The parties are hereby REFERRED to the ADR Department for the purpose of panel mediation, to take place, ideally, within the next one hundred twenty (120) days.

2. DISCOVERY. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per side; (b) twenty-five (25) interrogatories per side, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per side; and (d) a reasonable number of requests for admission per side.

3. DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The

1  joint letter must be electronically filed under the Civil Events category of "Motions and Related
2  Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter
3  is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge
4  may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After
5  a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that
6  Judge's procedures.

   4. FURTHER SCHEDULING.  The dates proposed by the parties leading up to the
*Markman* Hearing on pages 7-8 of their Joint Case Management are adopted as follows:

   A. Plaintiff shall disclose its asserted claims and preliminary contentions pursuant to Patent L.R. 3-1, and make its accompanying disclosures pursuant to Patent L.R. 3-2, no later than August 15, 2013.

   B. Defendant shall disclose its asserted claims and preliminary invalidity contentions pursuant to Patent L.R. 3-4, and make its accompanying disclosures pursuant to Patent L.R. 3-4, no later than September 30, 2013.

   C. Proposed terms and claim elements for construction shall be exchanged pursuant to Patent L.R. 4-1 no later than October 14, 2013.

   D. Preliminary claim construction and extrinsic evidence shall be exchanged pursuant to Patent L.R. 4-2 no later than November 4, 2013.

   E. The Joint Claim Construction and Prehearing Statement shall be filed pursuant to Patent L.R. 4-3 no later than November 29, 2013.

   F. Claim Construction Discovery pursuant to Patent L.R. 4-4 shall be completed by December 30, 2013.

   G. The opening claim construction brief shall be filed by January 13, 2014.

   H. The responsive claim construction brief shall be filed by January 27, 2014.

   I. The reply claim construction brief shall be filed by February 3, 2014.

1    5.    *MARKMAN* HEARING.  A *Markman* Claim Construction Hearing shall held on
2 **February 19, 2014 at 10 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450
3 Golden Gate Avenue, San Francisco, California.  A further Case Management Conference will
4 be scheduled following this Hearing to set the remaining dates in this case.
5    IT IS SO ORDERED.

7 DATED:  8/1/13

                                    _____
                                    RICHARD SEEBORG
                                    United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3